**Jason A. HARBIN, Plaintiff-Appellant,**

v.

**Lori PARTIN; Julian L. Stoudemire; Stoudemire & Sprouse Law Firm PA, Defendants-Appellees.**

**No. 17-1719**

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 19, 2017

Jason A. Harbin, Appellant Pro Se.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason A. Harbin appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harbin v. Partin*, No. 8:17-cv-00575-MG, 2017 WL 1376365L (D.S.C. Apr. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*